UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 05 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> PHILIP BRUMLEY, <br><br> Defendant - Appellant, <br><br> and <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK; et al., <br><br> Defendants. | Nos. 23-35329, 23-35330 <br><br> D.C. No. 1:20-cv-00052-SPW <br> U.S. District Court for Montana, Billings <br><br> **ORDER** |

The reply brief submitted on February 2, 2024 is filed.

Within 7 days of this order, appellants is ordered to file 6 copies of the brief in paper format accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939.

The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT