No. 23-35329 and 23-35330

───────────────────────────────────────

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

───────────────────────────────────────

TRACY CAEKAERT and CAMILLIA MAPLEY,
*Plaintiffs-Appellees,*

and

ARIANE ROWLAND and JAMIE SCHULZE,
*Plaintiffs-Appellees,*

v.

PHILIP BRUMLEY,
*Appellant,*

and

WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA;
BRUCE MAPLEY, Sr.; WATCH TOWER BIBLE AND TRACT SOCIETY OF
NEW YORK, INC.,

*Defendants.*

───────────────────────────────────────

On appeals from 28 U.S.C § 1927 Sanction Orders against a non-party District of
Montana Nos. CV-20-52-BLG-SPW and CV-20-59-BLG-SPW
The Honorable Susan P. Watters

───────────────────────────────────────

**WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S
MOTION TO APPEAR REMOTELY AT ORAL ARGUMENT**

───────────────────────────────────────

Gerry P. Fagan

i

Christopher T. Sweeney
Jordan W. Fitzgerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.Fitzgerald@moultonbellingham.com

*Attorneys for Watch Tower Bible and Tract Society of Pennsylvania*

Oral argument in these consolidated appeals is set for Thursday, May 23rd, at 9 a.m. in Anchorage, Alaska. The Montana-based counsel for Watchtower Bible and Tract Society of Pennsylvania ("WTPA"), Gerry P. Fagan, Christopher T. Sweeney, and Jordan W. Fitzgerald, and who are also listed as co-counsel for Appellant Philip Brumley, respectfully request leave to appear at the oral argument remotely by video. Benjamin G. Shatz shall appear in person to argue on Mr. Brumley's behalf. Because Mr. Fagan, Mr. Sweeney and Mr. Fitzgerald will not be arguing on Mr. Brumley's behalf, they request leave of Court to appear remotely in order to conserve resources on their client's behalf.

Dated this 25th day of March, 2024.

                                      MOULTON BELLINGHAM PC

                                      By    */s/ Gerry P. Fagan*
                                            Gerry P. Fagan
                                            Christopher T. Sweeney
                                            Jordan W. Fitzgerald