UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TRACY CAEKAERT; CAMILLIA MAPLEY, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> PHILIP BRUMLEY, <br><br> Defendant-Appellant, <br><br> and <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK; et al., <br><br> Defendants. | No. 23-35329 <br><br> D.C. No. 1:20-cv-00052-SPW <br> District of Montana, <br> Billings <br><br> ORDER |
| ARIANE ROWLAND; JAMIE SCHULZE, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> PHILIP BRUMLEY, <br><br> Defendant-Appellant, <br><br> and <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK; et al., <br><br> Defendants. | No. 23-35330 <br><br> D.C. No. 1:20-cv-00059-SPW |

2

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be significantly aided by oral argument. This case shall be submitted on the briefs and record, without oral argument, on May 23, 2024 in Anchorage, Alaska. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT